IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **POLISHING & FINISHING LLC**, | : | |
| Plaintiff, | : | Case No.: 3:23-cv-225 |
| v. | : | Judge Thomas M. Rose |
| **HIGH POINT CONSTRUCTION & DESIGN LLC**, | : | Magistrate Judge Peter B. Silvan, Jr. |
| Defendant. | : | |

## DEFAULT JUDGMENT ENTRY

This matter is before the Court on Plaintiff Polishing & Finishing, LLC's Motion for Default Judgment Against Defendant High Point Construction & Design LLC (Doc. No. 9). As Defendant has failed to appear, plead, or otherwise defend in this action, good cause exists for Plaintiff's Motion and it is therefore **GRANTED**. The Court hereby awards Plaintiff the following relief:

1. Default Judgment in Plaintiff's favor in the amount of $117,759.00, plus $7,515.00 in attorneys' fees, and $533.53 costs, for a total of $125,807.53;

2. An award of interest, at a rate of 18% per annum, on $91,235.00 of the default judgment award under the Ohio Prompt Payment Act, beginning on March 26, 2023 and continuing through the date Defendant makes full payment to Plaintiff;

3. An award of prejudgment interest on the remaining $26,524, at a rate of 8% per annum from March 26, 2023 to the date default judgment is entered by this Court; and

4. An award of post-judgment interest, at the rate mandated by 28 U.S.C. § 1961, from the date default judgment is entered by this Court to the date the judgment is paid in full by Defendant.

1

The Clerk is **ORDERED** to **TERMINATE** this case from the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**IT IS SO ORDERED.**

March 26, 2024					/s/ Thomas M. Rose
						Thomas M. Rose
						United States District Judge